# EXHIBIT B

Exhibit B

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Total AR |
|---|---|---|---|---|---|---|---|---|---|
| 206 | Gaylord | $ 60,293.75 | $ 4,098.25 | $ 5,629.16 | $ 3,087.08 | $ (2,171.51) | $ 70,936.73 | $ 17,347.72 | $ 88,284.45 |

## Account Status

## 206 Gaylord

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| R206030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 4,098.25 | 4,098.25 |
| 206-0001007 | Merchandise INV | 27-FEB-20 | 13-MAR-20 | USD | 14,374.79 | 14,374.79 |
| 206-0001008 | Delivery Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 500.72 | 500.72 |
| 206-0001009 | Delivery Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 99.00 | 99.00 |
| 206-0001010 | CPU VIA Merch INV | 29-FEB-20 | 15-MAR-20 | USD | (3,371.51) | (3,371.51) |
| 206-0001011 | CPU VIA Fees INV | 29-FEB-20 | 15-MAR-20 | USD | (150.00) | (150.00) |
| 206-0001012 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 2,550.79 | 2,550.79 |
| 206-0001013 | Gift Cards INV | 29-FEB-20 | 15-MAR-20 | USD | (565.01) | (565.01) |
| S206022920 | Shuttle INV | 29-FEB-20 | 15-MAR-20 | USD | 1,510.92 | 1,510.92 |
| 206-0001014 | Merchandise INV | 02-MAR-20 | 17-MAR-20 | USD | 11,955.22 | 11,955.22 |
| 206-0001015 | Merchandise INV | 05-MAR-20 | 20-MAR-20 | USD | 8,574.72 | 8,574.72 |
| S206030720 | Shuttle INV | 07-MAR-20 | 22-MAR-20 | USD | 1,440.92 | 1,440.92 |
| 206-0001016 | Merchandise INV | 08-MAR-20 | 23-MAR-20 | USD | 25,389.02 | 25,389.02 |
| 206-0001017 | Delivery Merch INV | 08-MAR-20 | 23-MAR-20 | USD | 1,258.14 | 1,258.14 |
| 206-0001018 | Delivery Fees INV | 08-MAR-20 | 23-MAR-20 | USD | 99.00 | 99.00 |
| 206-0001021 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 536.29 | 536.29 |
| 206-0001022 | Gift Cards INV | 08-MAR-20 | 23-MAR-20 | USD | 1,915.01 | 1,915.01 |
| S206031420 | Shuttle INV | 08-MAR-20 | 23-MAR-20 | USD | 720.46 | 720.46 |
| | | | | | Total Due | 70,936.73 |

Report Run Date - 15-MAR-2020

Case 22-50337-CTG    Doc 1-2    Filed 05/13/22    Page 4 of 12

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| NOVEMBER | 2019 | | | | | | INVOICE DATE: | 1/16/2020 |
|---|---|---|---|---|---|---|---|---|
| STORE | 206 | GAYLORD | | | | | DUE DATE: | 1/31/2020 |
| INVOICE | 206-113019 | | | | | | | |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 206 | GAYLORD | ART VAN | AMERICA | DM0735832 | 11/4/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 206 | GAYLORD | ART VAN | ART VAN | 113019 | 11/30/19 | WAGES BILLED - (see attached detail) | 1 | 9.64 | 9.64 | | | 9.64 |
| 206 | GAYLORD | ART VAN | ART VAN | 206-0085461 | 11/27/19 | DAMAGED ACCESSORIES CREDIT | 1 | (8.94) | (8.94) | | | (8.94) |
| 206 | GAYLORD | ART VAN | ART VAN | 206-0085567 | 11/30/19 | DAMAGED ACCESSORIES CREDIT | 1 | (64.82) | (64.82) | | | (64.82) |
| 206 | GAYLORD | ART VAN | DAMAGE & REPAIR CREDITS | 113019 | 11/30/19 | DAMAGE & REPAIR CREDITS | 1 | (700.00) | (700.00) | | | (700.00) |
| 206 | GAYLORD | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 4,357.00 | 4,357.00 | | | 4,357.00 |
| 206 | GAYLORD | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 11 OF 12) | 1 | 1,345.33 | 1,345.33 | | | 1,345.33 |
| 206 | GAYLORD | ADVERTISING | GRAPHICS EAST | 81016 | 10/15/19 | ANNIVERSARY SALE POSTERS 18X24 GE#80753 | 14 | | 13.66 | 9.69 | 0.82 | 24.17 |
| 206 | GAYLORD | ADVERTISING | GRAPHICS EAST | 81165 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2 VERSIONS GE#81026 | 14 | | 24.10 | | 1.45 | 25.55 |
| 206 | GAYLORD | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2 -1 VERSIONS GE#81200 | 15 | | 17.55 | | 1.05 | 18.60 |
| 206 | GAYLORD | ADVERTISING | GRAPHICS EAST | 81615 | 11/22/19 | POSAGE-MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 GE#81519 | 118,036 | | | | | 2,323.85 |
| 206 | GAYLORD | ADVERTISING | NTVB MEDIA | 29116 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY | 50 | 0.87 | 0.87 | 0.16 | | 1.03 |
| 206 | GAYLORD | ADVERTISING | NTVB MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE 10/13/19 COLUMBUS DAY 12 PAGE TABLOID | 17,450 | | 698.53 | 58.33 | | 756.86 |
| 206 | GAYLORD | ADVERTISING | NTVB MEDIA | 29205 | 11/1/19 | ART VAN ISSUE DATE: 11/1/19 BLACK SATURDAY 8PG TAB | 50 | | | | | 1.85 |
| 206 | GAYLORD | ADVERTISING | NTVB MEDIA | 29206 | 11/8/19 | ART VAN ISSUE DATE: 11/8/19 VETERANS DAY 4 PAGE FULL | 50 | | | | | 1.85 |
| 206 | GAYLORD | ADVERTISING | NTVB MEDIA | 29207 | 11/10/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (PURESLEEP) 4PG TAB | 17,950 | | | | | 346.19 |
| 206 | GAYLORD | ADVERTISING | NTVB MEDIA | 29208 | 10/31/19 | ART VAN ISSUE DATE: 11/24/19 BLACK FRIDAY 8PG DOUBLE GATE | 17,950 | | | | | 1,020.74 |
| 206 | GAYLORD | ADVERTISING | NTVB MEDIA | 29210 | 11/18/19 | ART VAN ISSUE DATE: 11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 50 | | | | | 1.87 |
| 206 | GAYLORD | ADVERTISING | NTVB MEDIA | 29211 | 11/13/19 | ART VAN ISSUE DATE: 11/24/19 BLACK FRIDAY MATTRESS-ONLY 4PG FULL | 17,950 | | | | | 611.52 |
| 206 | GAYLORD | ADVERTISING | NTVB MEDIA | 29209R | 11/18/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (FURNITURE ONLY) | 50 | | | | | 1.71 |
| 206 | GAYLORD | ART VAN | TEMPUS TECHNOLOGIES, INC | 101941533 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 206 | GAYLORD | ART VAN | TEMPUS TECHNOLOGIES, INC | 111942870 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 206 | GAYLORD | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149535 | 10/25/19 | ART VAN-TSG SEPTEMBER 2019 POSTAGE/MAILING | 4 | | | | | 3.00 |
| 206 | GAYLORD | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149556 | 10/28/19 | ART VAN-1YR EXTENDED WARRANTY MAILING SEPTEMBER | 1 | | | | | 10.00 |

10,115.00

| Art Van Furniture | | | |
|---|---|---|---|
| Franchising | | | |
| Wages billed to Franchise store - Gaylord - Store # 206 | | | |
| November 2019 | | | |
| | | | |
| Employee name | Commissions | Spiffs | Total Labor $ |
| David Grindle | 4.82 | | 4.82 |
| Louis Rohrer | 4.82 | | 4.82 |
| Total | | | 9.64 |

```
Run Date . . :   10/2019                                   ART VAN FURNITURE                                          961229/ACCT     RC_SRV_CD
Run Time . . :   11:33:03                                  Franchise Service Credits                                  MAN898R/NewSYS
Store  . . . :  206 GAYLORD FR                             11/01/2019 to 11/30/2019
Page . . . . :  00001
Vendor/Model         Debit Memo#         Service#       Road Service  Delivery Prp  Damage Reprs
=====================================================================================================
ENG   SO-6635N-DMR-TC                 808-1822427-001        125.00          .00          .00
FRANK SO-76423-83-3769-15             808-1823661-001        125.00          .00          .00
ENG   SO-1435-MT-MS                   808-1824005-001        125.00          .00          .00
BHOME 1000-S-CHOC                     808-1824529-001         75.00          .00          .00
FRANK 76444-83                        808-1825643-001        125.00          .00          .00
FRANK 76423-83                        808-1825647-001        125.00          .00          .00
=====================================================================================================
Total  . . :                                                 700.00          .00          .00          700.00
```

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---:|---:|---|
| 206-0084821 | 20191111 | TV-43INCH | 150.00 | 150.00 | 206 |
| 206-0085129 | 20191101 | KITCHENAID-MIXER | 200.00 | 200.00 | 206 |
| 206-0085140 | 20191102 | TV-43INCH | 150.00 | 150.00 | 206 |
| 206-0085141 | 20191102 | TV-43INCH | 150.00 | 150.00 | 206 |
| 206-0085142 | 20191118 | TV-43INCH | 150.00 | 150.00 | 206 |
| 206-0085171 | 20191116 | TV-43INCH | 150.00 | 150.00 | 206 |
| 206-0085206 | 20191116 | 50IN-TV | 250.00 | 250.00 | 206 |
| 206-0085213 | 20191107 | 50IN-TV | 250.00 | 250.00 | 206 |
| 206-0085222 | 20191111 | 50IN-TV | 250.00 | 250.00 | 206 |
| 206-0085372 | 20191120 | HAND-DYSON | 200.00 | 200.00 | 206 |
| 206-0085416 | 20191123 | 50IN-TV | 250.00 | 250.00 | 206 |
| 206-0085423 | 20191123 | 50IN-TV | 250.00 | 250.00 | 206 |
| 206-0085437 | 20191124 | 50IN-TV | 250.00 | 250.00 | 206 |
| 206-0085439 | 20191124 | SYG-100-M-BIKE | 75.00 | 75.00 | 206 |
| 206-0085453 | 20191125 | 50IN-TV | 250.00 | 250.00 | 206 |
| 206-0085483 | 20191128 | 50IN-TV | 250.00 | 250.00 | 206 |
| 206-0085489 | 20191128 | 50IN-TV | (250.00) | (250.00) | 206 |
| 206-0085498 | 20191129 | 50IN-TV | 250.00 | 250.00 | 206 |
| 206-0085506 | 20191129 | AIRFRYER | 50.01 | 50.00 | 206 |
| 206-0085508 | 20191129 | AIRFRYER | 50.01 | 50.00 | 206 |
| 206-0085512 | 20191129 | 50IN-TV | 250.00 | 250.00 | 206 |
| 206-0085513 | 20191129 | AIRFRYER | 50.01 | 50.00 | 206 |
| 206-0085518 | 20191129 | 50IN-TV | 250.00 | 250.00 | 206 |
| 206-0085519 | 20191129 | AIRFRYER | 50.01 | 50.00 | 206 |
| 206-0085540 | 20191129 | WIRELESSBEATS | 150.00 | 132.00 | 206 |
| 206-0085541 | 20191129 | AIRFRYER | 50.01 | 50.00 | 206 |
| 206-0085543 | 20191129 | 50IN-TV | 250.00 | 250.00 | 206 |
|  |  |  |  | 4,357.00 |  |

# FRANCHISE BILLING FORM

| DECEMBER | 2019 | | | ART VAN FURNITURE | | | | | | INVOICE DATE: | 3/8/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STORE | 206 | GAYLORD | | | | | | | | DUE DATE: | 3/23/2020 |
| INVOICE | 206-123119 | | | | | | | | | | |

| | FRANCHISE | | | VENDOR | | | INVOICE DETAIL | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDING | TAX | GRAND TOTAL |
| 206 | GAYLORD | IT | AT&T-PO BOX 5019 | 610811508 | 12/1/19 | TELECOM SERVICES | 1 | 139.00 | 139.00 | | | 139.00 |
| 206 | GAYLORD | IT | AT&T-PO BOX 5019 | 7515450506 | 12/1/19 | TELECOM SERVICES | 1 | 139.00 | 139.00 | | | 139.00 |
| 206 | GAYLORD | ADVERTISING | FALL 2019 CATALOG | 123119 | 12/31/19 | FALL 2019 CATALOG MASS MAILING | 1 | 1,219.40 | 1,219.40 | | | 1,219.40 |
| 206 | GAYLORD | ART VAN | ART VAN | 123119 | 12/31/19 | WAGES BILLED - (see attached detail) | 1 | 269.60 | 269.60 | | | 269.60 |
| 206 | GAYLORD | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 1,345.34 | 1,345.34 | | | 1,345.34 |
| 206 | GAYLORD | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 1,132.00 | 1,132.00 | | | 1,132.00 |
| 206 | GAYLORD | ART VAN | MULTIPLE VENDOR DM'S | 123119 | 12/31/19 | VENDOR CREDITS (SEE ATTACHED) | 1 | (60.00) | (60.00) | | | (60.00) |
| 206 | GAYLORD | ADVERTISING | GRAPHIC EAST | 81550 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81457 | 1 | | 7.29 | | 0.44 | 7.73 |
| 206 | GAYLORD | ADVERTISING | GRAPHIC EAST | 81581 | 11/19/19 | 2019 TOYS FOR TOTS POSTERS GE#81414 | 2 | | 12.79 | | 0.77 | 13.56 |
| 206 | GAYLORD | ADVERTISING | GRAPHIC EAST | 81582 | 11/19/19 | DECEMBER 2019 EVENT POSTERS 12/4 WINTER HOLIDAY SALE 12/12 BLKFRI | 14 | | 15.90 | | 0.95 | 16.85 |
| 206 | GAYLORD | ADVERTISING | GRAPHIC EAST | 81583 | 11/19/19 | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 206 | GAYLORD | ADVERTISING | GRAPHIC EAST | 81708 | 11/27/19 | MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 FRANCHISE/INSTORE | 11,836 | | 1,159.02 | 18.81 | 69.54 | 1,247.37 |
| 206 | GAYLORD | ADVERTISING | GRAPHIC EAST | 81963 | 12/17/19 | DECEMBER 2019 WVENT POSTERS ROUND 2-2VERSIONS GE#81954 | 14 | | 17.43 | 16.26 | 1.05 | 34.74 |
| 206 | GAYLORD | ADVERTISING | NTVB MEDIA, INC | 29227 | 11/27/19 | ART VAN ISSUE DATE: 11/22/19 BLACK FRIDAY PREVIEW | 17,650 | | | | | 640.45 |
| 206 | GAYLORD | ADVERTISING | NTVB MEDIA, INC | 29344 | 12/13/19 | ART VAN ISSUE DATE: 12/29/19 MATTRESS ONLY 4PG TAB | 50 | | | | | 0.95 |
| 206 | GAYLORD | IT | PCM | 900786953 | 11/15/19 | REPLACEMENT OF OUTDATED COMPUTERS | 3 | 348.31 | 1,044.93 | | | 1,044.93 |
| 206 | GAYLORD | ART VAN | TEMPUS TECHNOLOGIES, INC | 121943905 | 12/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 206 | GAYLORD | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149539 | 10/28/19 | MATCH 1YR EXTENDED WARRANTY MAILING OCTOBER POSTAGE/ODPO | 1 | | | | | 3.00 |
| 206 | GAYLORD | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149540 | 10/28/19 | ART VAN TSG OCTOBER 2019 POSTAGE/PROCESSING/DPO | 4 | | | | | 2.00 |
| | | | | | | | | GRAND TOTAL | 206 | | $ | 7,232.72 |

Page 1 of 1

| Art Van Furniture | | | |
|---|---|---|---|
| Franchising | | | |
| Wages billed to Franchise store - Gaylord - Store # 206 | | | |
| December 2019 | | | |
| | | | |
| | | | |
| Employee name | Commissions | Spiffs | Total Labor $ |
| David Grindle | 101.15 | | 101.15 |
| | | 33.65 | 33.65 |
| | | | |
| Louis Rohrer | 101.15 | | 101.15 |
| | | 33.65 | 33.65 |
| | | | |
| Total | | | 269.60 |
| | | | |

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---:|---:|---|
| 206-0085585 | 20191206 | 50IN-TV | 250.00 | 250.00 | 206 |
| 206-0085591 | 20191202 | AIRFRYER | 50.01 | 50.00 | 206 |
| 206-0085599 | 20191202 | WIRELESSBEATS | 150.00 | 132.00 | 206 |
| 206-0085772 | 20191217 | KITCHENAID-MIXER | 200.00 | 200.00 | 206 |
| 206-0085903 | 20191228 | 50IN-TV | 250.00 | 250.00 | 206 |
| 206-0085923 | 20191230 | 50IN-TV | 250.00 | 250.00 | 206 |
|  |  |  |  | 1,132.00 |  |

```
PRINT DATE    : 12/09/2019                ART VAN FURNITURE INC.                                    PAGE NUMBER:        1
PRINT TIME    : 14:32:03                         DEB  MEMO
DEBIT MEMO#   : 741670                                                      WAREHOUSE:  10 WAREHOUSE AVE
REQ. STORE#   :                                                               ENTRY:  12/09/2019 14:32:02  SRV808KK1
VENDOR . . . : NCF   NEW CLASSIC FURNITURE                                    CLOSE:  12/09/2019 14:32:02  SRV808KK1
REASON . . . :

                               DEBIT MEMO   GENERATED   SHIPPED
LINE#  VENDOR/MODEL             QUANTITY    QUANTITY    QUANTITY    UNIT COST    EXTENDED COST
======================================================================================================================
   1                                0            0          0           .00          30.00

    Reason . . . . . :                         Service # . : 000-0000000-000   Location :
    ACK#/Product ID:                           Delivery Date:                  Invoice  :
    Customer Name  :                           Sell at . . :     0% off        Auth . . :
    Replacement Mdl:                                                           Vend Agree: Yes

    Problem Description
    -------------------
    IN SHOP FEE TO HANDLE DEFECTIVE ITEMS $30.00
    810-1270208-001 VEGA U3822-25P-PBK POWER RECLINING LOVESEAT
    INVOICE# 206-0083104 SKU/SERIAL# 340076777-003092
    DEDUCT $30.00
    PLEASE REIMBURSE FRANCHISE STORE 206 A $30.00 HANDLING FEE.
======================================================================================================================

                                                                      TOTAL COST:          30.00

                                            ** END OF LISTING **
```

```
PRINT DATE    : 12/23/2019                         ART VAN FURNITURE INC.                                    PAGE NUMBER:     1
PRINT TIME    : 10:05:37                                DEB  MEMO
DEBIT MEMO#   :   744837
REQ. STORE#   :                                                                WAREHOUSE:   10 WAREHOUSE AVF
VENDOR . . . : AAMER A AMERICA                                                    ENTRY: 12/23/2019 10:05:14 SRV808KK1
REASON . . . :                                                                    CLOSE: 12/23/2019 10:05:14 SRV808KK1

                                    DEBIT MEMO   GENERATED    SHIPPED
LINE#  VENDOR/MODEL                  QUANTITY    QUANTITY     QUANTITY       UNIT COST   EXTENDED COST
=========================================================================================================
  1                                       0          0            0               .00          30.00

  Reason . . . . . . . :                                    Location     :
  ACK#/Product ID:                             Service  # : 000-0000000-000   Invoice  . . :
  Customer Name  :                             Delivery Date:                 Auth . . . . :
  Replacement Mdl:                             Sell at  . . :   0% off        Vend Agree: Yes

  Problem Description
  -------------------
  IN HOME DELIVERY FEE TO EXCHNAGE DEFECTIVE ITEMS. $30.00
  810-1274222-001  SUN VALLEY SUV-CL-5-03-H QUEEN BOOKCASE HDBD
  810-1274222-002  SUN VALLEY SUV-CL-5-03-G QUEEN STORAGE FTBD
  810-1274222-003  SUN VALLEY SUV-CL-5-03-R QUEEN/KING RAILS
  810-1274222-004  SUN VALLEY SUV-CL-5-03-P QUEEN PLATFORM
  REFER TO DM# 741149
  DEDUCT $30.00
  PLEASE REIMBURSE FRANCHISE STORE 206 A $30.00 HANDING FEE.

=========================================================================================================
                                                                              TOTAL COST:        30.00


                                         ** END OF LISTING **
```